IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD L. THOMPSON,<br>5600 54th Avenue<br>Apt. 104<br>Riverdale, Maryland 20737<br><br>*Plaintiff,*<br><br>v.<br><br>D.C. HOUSING FINANCE AGENCY,<br>815 Florida Avenue, N.W.<br>Washington, D.C. 20001<br><br>AND<br><br>MILTON BAILEY,<br>815 Florida Avenue, N.W.<br>Washington, D.C. 20001<br><br>*Defendants.* | CASE NUMBER 1:05CV01132<br><br>JUDGE: James Robertson<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 06/08/2005 |

### DEFENDANTS' NOTICE OF REMOVAL

Defendants D.C. Housing Finance Agency ("DCHFA") and Milton Bailey hereby remove to this Court, *Donald L. Thompson v. D.C. Housing Finance Agency and Milton Bailey*, Case No. 05-3605, from the Superior Court of the District of Columbia, Civil Division, pursuant to 28 U.S.C. § 1441 *et seq.*, based upon the following grounds:

1. Defendant DCHFA is a statutorily created corporate body operating in the District of Columbia.

2. Defendant Milton Bailey is being sued in his official capacity as Director of the DCHFA.

3. Plaintiff Donald L. Thompson is a resident of the State of Maryland, residing at 5600 54th Avenue, Apt. 104, Riverdale, Maryland 20737.

4. Plaintiff filed a complaint in the Superior Court for the District of Columbia, Civil Division, on May 11, 2005, attaching a copy of the Dismissal and Notice of Rights provided by the Equal Employment Opportunity Commission. The DCHFA and Milton Bailey received a summons and copy of the complaint on May 18, 2005.

5. This Court has original jurisdiction in this case under 28 U.S.C. § 1331, because the Plaintiff alleges a violation of Title VII.

6. Copies of all process, pleadings, and orders served upon the DCHFA and Mr. Bailey are attached hereto as Exhibit A.

Respectfully submitted,

*[signature]*

Jeffrey W. Larroca #453718
Charles W. Chotvacs #484155
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C. 20005
(202) 661-2200 / (202) 661-2299 [Fax]

June 8, 2005

*Counsel for D.C. Housing Finance Agency and Milton Bailey*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendants' Notice of Removal was mailed, first-class postage prepaid, this 8th day of June, 2005, to:

Donald L. Thompson
5600 54th Avenue
Apt. 104
Riverdale, MD  20737
*Pro Se Plaintiff*

Charles W. Chotvacs

# EXHIBIT A



**Superior Court of the District of Columbia**
*Civil Division*

Office of the Executive Director
MAY 1 8 2005
**RECEIVED**

Thomason D. vs D.C. Housing Finance Agency et. al            C.A. No. 05ca003605

## INITIAL ORDER

Pursuant to D.C. Code §11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued by the judge to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to any defendant who has failed to so respond, a default and judgement will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients prior to the Conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Civil Assignment Office (202) 879-1750 may continue the Conference once, with the consent of all parties, to either of the two succeeding Fridays. Requests must be made not less than six business days before the scheduling conference date. No other continuance of the Conference will be granted except upon motion for good cause shown.

May 11, 2005                          Chief Judge Rufus G. King, III

Case Assigned to:    Calendar #14  (Judge Frederick Weisberg)

Initial conference: @ 9:30am  08/26/05    Courtroom: 318, Main Bldg., 3rd Floor
                                          500 Indiana Ave., N.W.
                                          Washington, D.C. 20001

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

DONALD L. Thompson
600 54th Ave #104 Riverdale MD 20737
**Plaintiff**

vs.  Milton Bailey
D.C. Housing Finance Agency
815 Florida Ave NW.
Wash. DC. 20001
**Defendant**

05-0003605

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Donald Thompson
Name of Plaintiff's Attorney

5600 54th Ave #104
Address Riverdale MD 20737

301-927-5995
Telephone

Clerk of the Court

By _____
Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Donald L. Thompson, Plaintiff
5600 54th Ave #104
Riverdale MD 20737 vs.

D.C. Housing Finance Agency
Milton Bailey
815 Florida Ave NW
Wash. DC 20001

Defendants

05-0003605
CIVIL ACTION No. _____

RECEIVED
Civil Clerk's Office

MAY 11 2005

Superior Court of the
District of Columbia

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 1973 edition, as amended, Sec. 11-921.

I was sexaully harrased and assaulted on my Job by a fellow co-worker William Butler in May-04. The Director of the Agency Milton Bailey was upset with me because I filed a complain. On 06/03/04 he fired me for no reason.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ A 300,000 with interest and costs.

301-927-5995
Phone:

DISTRICT OF COLUMBIA, ss

_____, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the plaintiff, exclusive of all set-offs and just grounds of defense.

X
Donald Thompson
(Plaintiff                        Agent)

Subscribed and sworn to before me this ____11th____ day of ____May____ 20_05_.

(Notary Public/Deputy Clerk)

FORM CV-1013/Nov. 00

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: | Donald Thompson<br>5600 54th Avenue<br>Apt. #104<br>Riverdale, MD 20737 | From: | Washington Field Office<br>1801 L Street, N.W.<br>Suite 100<br>Washington, DC 20507 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 100-2004-00678 | Janice B. Campbell, Enforcement Supervisor | (202) 419-0700 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Dana Hutter_ (signature)

**Dana Hutter,**
**Acting Director**

FEB 11 2005

(Date Mailed)

Enclosure(s)

cc: Jeffrey W. Larroca, Esq,
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, DC 20005