# EXHIBIT A

PACER Docket Sheet, Case No. 1:05CV1132, dated August 4, 2005

District of Columbia live database - Docket Report
Case 1:05-cv-01132-JR   Document 5-2   Filed 08/04/2005   Page 2 of 3
Page 1 of 2

PROSE-NP, TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:05-cv-01132-JR

THOMPSON v. D.C. HOUSING FINANCE AGENCY et al
Assigned to: Judge James Robertson
Demand: $300000
Case in other court: DC Superior Court, 05ca003605
Cause: 28:1331 Fed. Question: Employment Discrimination

Date Filed: 06/08/2005
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

**Plaintiff**

DONALD L. THOMPSON    represented by    DONALD L. THOMPSON
5600 54th Avenue
Apartment 104
Riverdale, MD 20737
(301) 927-5995
PRO SE

V.

**Defendant**

D.C. HOUSING FINANCE AGENCY    represented by    Charles Wheeler Chotvacs
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
601 13th Street, NW
Suite 1000 Soputh
Washington, DC 20005
(202) 661-2221
Email: chotvacsc@ballardspahr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

MILTON BAILEY    represented by    Charles Wheeler Chotvacs
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2005 | 1 | NOTICE OF REMOVAL by D.C. HOUSING FINANCE AGENCY, MILTON BAILEY from DC Superior, case number 05ca003605. ( Filing fee $ 250 )filed by D.C. HOUSING FINANCE AGENCY, MILTON BAILEY.(lc, ) (Entered: 06/09/2005) |
|  |  |  |

District of Columbia live database - Docket Report
Case 1:05-cv-01132-JR   Document 5-2   Filed 08/04/2005   Page 3 of 3
Page 2 of 2

| | | |
|---|---|---|
| 06/08/2005 | | SUMMONS Not Issued as to D.C. HOUSING FINANCE AGENCY, MILTON BAILEY (lc, ) (Entered: 06/09/2005) |
| 06/08/2005 | 4 | NOTICE OF RELATED CASE by DONALD L. THOMPSON. Case related to Case No. 04-1150. (lc, ) (Entered: 06/24/2005) |
| 06/15/2005 | 2 | MOTION to Dismiss *Complaint Pursuant to Rule 12(b)(6); Memoranda in Support; and Proposed Order* by D.C. HOUSING FINANCE AGENCY, MILTON BAILEY. (Chotvacs, Charles) (Entered: 06/15/2005) |
| 06/23/2005 | 3 | Receipt on 6/23/2005 of ORIGINAL FILE, certified copy of transfer order and docket sheet from Superior Court. Superior Court Number 05ca3605. (lc, ) (Entered: 06/24/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/04/2005 10:14:19 | | | |
| PACER Login: | bs0010 | Client Code: | 096309 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-01132-JR |
| Billable Pages: | 1 | Cost: | 0.08 |