**SUCCESSOR BORROWER:**

CHATHAM CDCMT 2002 FX1 HOLDINGS, LLC, a Delaware limited liability company

By:   CF CDCMT 2002 FX1, INC., a Delaware corporation, as its managing member

By:   _____
Name: _____
Title: _____

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

**SUCCESSOR BORROWER:**

CHATHAM CDCMT 2002 FX1 HOLDINGS, LLC, a Delaware limited liability company

By:  CF CDCMT 2002 FX1, INC., a Delaware corporation, as its managing member

By:  _____
Name: _____
Title: _____

**[SIGNATURES CONTINUE ON FOLLOWING PAGE]**

**SUCCESSOR BORROWER:**

CHATHAM CDCMT 2002 FX1 HOLDINGS, LLC, a Delaware limited liability company

By:   CF CDCMT 2002 FX1, INC., a Delaware corporation, as its managing member

By: _____
Name: _____
Title: _____

[SIGNATURES CONTINUE ON FOLLOWING PAGE]

**SUCCESSOR BORROWER:**

CHATHAM CDCMT 2002 FX1 HOLDINGS, LLC, a Delaware limited liability company

By:　CF CDCMT 2002 FX1, INC., a Delaware corporation, as its managing member

By: _____
Name: _____
Title: _____

[SIGNATURES CONTINUE ON FOLLOWING PAGE]