IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DONALD L. THOMPSON,

    *Plaintiff,*

v.

D.C. HOUSING FINANCE AGENCY AND
MILTON BAILEY,

    *Defendants.*

Case No.: 1:05CV1132 (JR)

## PRAECIPE BY D.C. HOUSING FINANCE AGENCY AND MILTON BAILEY REGARDING THE FAILURE OF PLAINTIFF TO RESPOND TO THEIR RULE 12(b)(6) MOTION TO DISMISS

Defendants D.C. Housing Finance Agency's ("DCHFA") and Milton Bailey's Rule 12(b)(6) motion to dismiss, which was filed on June 15, 2005, is currently pending unopposed before this Court. Because no opposition had been filed by Mr. Thompson, on August 4, 2005, DCHFA and Mr. Bailey filed a supplemental memorandum, requesting that this Court treat their motion as conceded. On August 10, 2005, this Court advised Mr. Thompson of his obligations to respond under the Federal Rules of Civil Procedure and this Court's Local Rules, stating:

> **ORDERED** that plaintiff shall respond to defendant's motion to dismiss **within 30 days of this order.** If plaintiff fails to file a timely response, the Court may treat defendant's motion as conceded and dismiss the complaint.

Mr. Thompson has failed to comply with this Court's order. As such, DCHFA and Milton Bailey respectfully request that this Court grant their motion to dismiss and dismiss Mr. Thompson's complaint with prejudice.

DMEAST #9283299 v1

                    Respectfully submitted,

                    _____/s/_____
                    Jeffrey W. Larroca #453718
                    Charles W. Chotvacs #484155
                    Ballard Spahr Andrews & Ingersoll, LLP
                    601 13th Street, N.W.
                    Suite 1000 South
                    Washington, D.C. 20005
                    (202) 661-2200 / (202) 661-2299 [Fax]

November 9, 2005

                    *Counsel for D.C. Housing Finance Agency and Milton Bailey*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of D.C. Housing Finance Agency's and Milton Bailey's Praecipe Regarding the Failure of Plaintiff to Respond to Their Rule 12(b)(6) Motion to Dismiss was, on this 9th day of November, 2005, electronically filed with the Court and mailed, first-class postage prepaid, to:

Donald Thompson
5600 54th Avenue
Apt. 104
Riverdale, MD  20737
*Pro Se Plaintiff*

                                                /s/
                                      Charles W. Chotvacs