## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD L. THOMPSON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1132 (JR) |
| D.C. HOUSING FINANCE AGENCY, *et al.*, | : |
| Defendants. | : |

### ORDER

Plaintiff having failed to respond to defendant's motion to dismiss [2], even within the extended time permitted by the Court's order of August 10, 2005 [6], it is **ORDERED** that the motion is **granted as conceded** and that this action is **dismissed.**

JAMES ROBERTSON
United States District Judge